558 A.2d 75

**COMMONWEALTH of Pennsylvania**

v.

**Charles SEAWRIGHT, Petitioner.**

Supreme Court of Pennsylvania.

Feb. 4, 1988.

## ORDER

PER CURIAM.

The Petition for allowance of appeal in the above-captioned case is granted. This matter is hereby remanded to the Court of Common Pleas of Philadelphia County for the purpose of appointing new counsel for Petitioner, provided that Petitioner is determined to be indigent. New counsel, if appointed, is authorized to file a counseled petition for allowance of appeal with this Court.